IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HAMMOND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-00613-BP |
| | ) |
| U.S. BANK et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS U.S. BANK, N.A AND WELLS FARGO, N.A'S MOTION TO DISMISS**

Defendants U.S. Bank N.A. as trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Mortgage Pass - Through Certificates, Series 2004-10 ("U.S. Bank"),[1] and Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, National Association ("Wells Fargo") (collectively, "Defendants"), submit this Motion to Dismiss Plaintiffs Tim Beebe ("Beebe") and Daniel L. Hammond's ("Hammond") (collectively, "Plaintiffs") Complaint for failure to state a claim upon which relief may be granted:

1. On June 5, 2014, Plaintiffs filed their petition in the Circuit Court of Jackson County, Missouri, against Defendants U.S. Bank and Wells Fargo alleging (1) a claim for quiet title and (2) claims for specific performance and declaratory judgment. (ECF #1-2.)

2. Defendants properly removed the case to this Court on July 11, 2014. (ECF # 1-4.)

---

[1] Although Plaintiff, who is *pro se*, named "U.S. Bank, N.A." and "structured Asset Mortgage Investments II Inc., Bear Stearns ARM Mortgage Pass – Through Certificates, Series 2004-10" as Defendants in this case, it appears from the allegations in the Complaint that the intention was to sue U.S. Bank in its capacity as the trustee of the loan in question. For these reasons they are more properly considered one defendant.

1

3. Plaintiffs' Complaint consists of conclusory allegations devoid of any factual support and/or are barred by the statute of limitations.

4. Pursuant to the standard articulated in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009), Plaintiffs' Complaint fails to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6).

5. The grounds in support of this Motion to Dismiss are more fully set forth in the accompanying Suggestions in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, which is incorporated herein by reference.

WHEREFORE, Defendants Wells Fargo and U.S. Bank respectfully request the Court grant their Motion to Dismiss, and dismiss Plaintiffs' claims with prejudice, for all costs associated with this action and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BRYAN CAVE LLP**

By: \_\_\_/s/Morgan T. McCreary_____
Ashley N. Gillard    MO # 62908
Morgan T. McCreary   MO # 66072
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200
(816) 374-3300 (Fax)
ashley.gillard@bryancave.com
morgan.mccreary@bryancave.com

Eric Martin    MO # 47558
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (Fax)
eric.martin@bryancave.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2014, the foregoing was filed with the Clerk using the CM/ECF system to the following:

    Frank W. Lipsman
    130 N. Cherry, P.O. Box 550
    Olathe, KS 66051
    Attorney For GMAC Mortgage, LLC

    John R. Rahoy
    800 Market Street, Suite 1100
    St. Louis, Missouri 63101
    Attorney for K.L. Delaney Company, LLC

    Chadler E. Colgan
    4510 Bellview Avenue, Suite 300
    Kansas City, Missouri 64111
    Attorney for Lend Tech Mortgage Funding, LLC

And via Regular U.S. Mail, postage pre-paid to:

    Daniel Hammond
    4101 NE Hampstead Drive
    Lees' Summit, Missouri 64064

    Tim Beebe
    4101 NE Hampstead Drive
    Lees' Summit, Missouri 64064

                          /s/Morgan T. McCreary
                        Attorney for Defendants U.S. Bank N.A. as trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Mortgage Pass - Through Certificates, Series 2004-10 and Wells Fargo Bank, NA